**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CUAUHTEMOC CERVANTES SAMANIEGO,<br><br>Defendant - Appellant. | No. 23-2605<br><br>D.C. No.<br>9:22-cr-00050-DLC-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted May 29, 2024[**]

Before:     FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Cuauhtemoc Cervantes Samaniego appeals from the district court's

judgment and challenges his guilty-plea conviction and 87-month sentence for

possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1),

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(b)(1)(B).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Cervantes Samaniego's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Cervantes Samaniego the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Cervantes Samaniego waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**